# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL D. McCAIN, SR.,

    Petitioner,

- vs -

EDDIE SHELDON, Warden,
  Mansfield Correctional Institution

    Respondent.

:    Case No. 3:18-cv-067

:    District Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

:

## RECOMMITTAL ORDER

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 10) to the Magistrate Judge's Report and Recommendations (ECF No. 7).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

March 27, 2018.

                                                Walter H. Rice
                                            United States District Judge